IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CV-249-FL

| | |
|---|---|
| NICKI LYNN RYNASKI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | ORDER |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding plaintiff's application to proceed in forma pauperis. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's application is DENIED. Plaintiff is DIRECTED to tender to the clerk on or before **February 13, 2018,** the filing and administrative fees of $400.00. In the event plaintiff fails to do so, the clerk is DIRECTED to close this case for failure to pay the requisite filing fee.

SO ORDERED this the 23rd day of January, 2018.

LOUISE W. FLANAGAN
United States District Judge