UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICKI LYNN RYNASKI | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NANCY A. BERRYHILL *Acting* | ) | |
| *Commissioner of Social Security* | ) | No. 7:17-CV-249-FL |
| Defendant . | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 21, 2018, and Copies To:**
Jonathan Howell Winstead (via CM/ECF electronic notification).

| | |
|---|---|
| March 21, 2018 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |